JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO NORIEGA,<br><br>           Petitioner,<br>    v.<br><br>G D. LEWIS, Warden,<br><br>           Respondent. | Case No. SACV 13-126-DMG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 31, 2014

*Dolly M. Gee*
DOLLY M. GEE
United States District Judge